UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:12-CR-71 RM |
| ) | |
| CEDRIC D. WASHINGTON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 8, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 16], ACCEPTS defendant Cedric Washington's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   August 30, 2012

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana